**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-8044**

KELVIN J. MILES,

Petitioner - Appellant,

versus

AUDREY E. MELBOURNE,

Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Frederic N. Smalkin, Senior District Judge.  (1:85-cv-04492-FNS)

Submitted:  May 30, 2007                Decided:  July 10, 2007

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kelvin J. Miles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's order:` (1) striking from the docket Miles' "Motion for Amendment and Supplemental Pleading and Motion for Bail Hearing and Appointment of Counsel;" and (2) ordering future post-judgment motions in this matter returned to Miles. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Miles v. Melbourne, No. 1:85-cv-04492-FNS (D. Md. filed Nov. 13, 2006; entered Nov. 14, 2006). We deny the motions for appointment of counsel and for expedited treatment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED